# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

**KALEA ARMSTRONG,**

    **Plaintiff,**

**v.**     Case No. 2:18-cv-02040-SHL-dkv

**A+ CARE SOLUTIONS INC., and**
**ANTONIO WHITE,**
**Defendants.**

_____

## NOTICE OF PLAINTIFF'S SERVICE OF RULE 26 INITIAL DISCLOSURES
_____

Plaintiff gives notice of service on July 26, 2018 of her Initial Disclosures to the Defendants pursuant to Fed. R. Civ. P. 26.

    Respectfully Submitted,

    /s/ James M. Allen

    JAMES M. ALLEN BPR 015968
    Attorney for Plaintiff
    ALLEN LAW FIRM, PLLC
    212 Adams Avenue
    Memphis, TN 38103
    901-321-0731 P
    901-321-0751 F
    jim@jmallenlaw.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 26, 2018, I filed the foregoing with the Clerk of Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Mail Notice List.

                                                      /s/ James M. Allen
                                                      _____
                                                      James M. Allen